479 A.2d 1123

Commonwealth v. Rickard, Appellant.

Petition for Allowance of Appeal
Denied Nov. 5, 1984.

Submitted February 24, 1984. Susan

C. DeYoung, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Order affirmed.